```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 21893
   ERIC S VAN DEUSEN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-0536


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/21/07 .

   2.  The case was dismissed without confirmation, 03/28/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG         .00             .00           .00
GMAC RESCAP LLC            MORTGAGE ARRE   NOT FILED             .00           .00
HSBC MORTGAGE SERVICES     SECURED              .00              .00           .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE   NOT FILED             .00           .00
FRANKLIN CREDIT MGMT COR   SECURED         NOT FILED             .00           .00
TALL GRASS HOMEOWNERS AS   SECURED         NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED             .00           .00
ADVENTIST HEALTH PARTNER   UNSECURED       NOT FILED             .00           .00
AETNA US HEALTHCARE        UNSECURED       NOT FILED             .00           .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED             .00           .00
AMERICAN MEDICAL COLLECT   UNSECURED       NOT FILED             .00           .00
ANNE SZPINDOR MD           UNSECURED       NOT FILED             .00           .00
ASTHMA & ALLERGY CENTER    UNSECURED       NOT FILED             .00           .00
BIEHL & BIEHL              UNSECURED       NOT FILED             .00           .00
CABRERA & ASSOC            UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00           .00
CCV                        UNSECURED       NOT FILED             .00           .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID

CENTRAL DUPAGE HOSPITAL    UNSECURED       NOT FILED             .00           .00
CERTIGY CHECK SRV          UNSECURED       NOT FILED             .00           .00
CHICAGO SUN TIMES          UNSECURED       NOT FILED             .00           .00
CLEARCHECK PAYMENT SOLUT   UNSECURED       NOT FILED             .00           .00
CREDIT ONE BANK            UNSECURED       NOT FILED             .00           .00
DIRECT TV                  UNSECURED       NOT FILED             .00           .00
DR JODI WELLER             UNSECURED       NOT FILED             .00           .00
EBAY                       UNSECURED       NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED             .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       NOT FILED             .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       NOT FILED             .00           .00
```

```
LIGHTHOUSE FINANCIAL GRO  UNSECURED       NOT FILED              .00           .00
LVNV FUNDING              UNSECURED       NOT FILED              .00           .00
MARK A HOFMEISTER DDS     UNSECURED       NOT FILED              .00           .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED              .00           .00
METROPOLITAN FAMILY SERV  UNSECURED       NOT FILED              .00           .00
MIDWEST PATHOLOGY         UNSECURED       NOT FILED              .00           .00
NATIONAL ACTION FIN SRV   UNSECURED       NOT FILED              .00           .00
ORCHARD BANK              UNSECURED       NOT FILED              .00           .00
PAYPAL                    UNSECURED       NOT FILED              .00           .00
PROVIDIAN                 UNSECURED       NOT FILED              .00           .00
QUEST DIAGNOSTICS         UNSECURED       NOT FILED              .00           .00
RADIOLOGICAL CONSULTANTS  UNSECURED       NOT FILED              .00           .00
ST ALEXIUS MEDICAL CENTE  UNSECURED       NOT FILED              .00           .00
T MOBILE VOICE STREAM     UNSECURED       NOT FILED              .00           .00
THE CHAET KAPLAN FIRM     UNSECURED       NOT FILED              .00           .00
TRI COUNTY ACCOUNTS       UNSECURED       NOT FILED              .00           .00
AMERICAN CREDIT SYSTEM    UNSECURED       NOT FILED              .00           .00
VANESSA HARTMAN           UNSECURED       NOT FILED              .00           .00
```

Summary of disbursements:

|                   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|-------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED| .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID    | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID     | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID        | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, SCHOTTLER & ASSOC        , was allowed $       .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 06/25/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                        PAGE   3
CASE NO. 07 B 21893 ERIC S VAN DEUSEN
```